IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01908-WYD-PAC

ALLSTATE INSURANCE COMPANY,

    Plaintiff(s),

v.

ERIC JOSHUA HANES;
JASON LAUVE; and
WENDI LEGG,

    Defendant(s).

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal With Prejudice [#4].  After careful review of the file, the Court has concluded that the notice should be approved and that Plaintiff Allstate Insurance Company's claims against Defendants Eric Joshua Haney, Jason Lauve, and Wendi Legg should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the Notice of Voluntary Dismissal With Prejudice is **APPROVED**; and that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**, each party to pay their own attorneys fees and costs.

Dated:  October 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge